In the Supreme Court of Georgia

Decided:   March 2, 2015

S15A0367.  VCARE, LLC v. FIVE DIAMONDS, LLC et al.

PER CURIAM.

The judgment of the court below is affirmed without opinion pursuant to

Supreme Court Rule 59.

Affirmed without opinion.  All the Justices concur.